TOLEDO, PEORIA AND WARSAW RAILWAY COMPANY
*v.*
SAMUEL WICKERY.

FENCING RAILROADS — *injury to stock.* Where cattle are injured upon a railroad at a place where the company are required by law to fence the road, and it had been in operation several years without that being done, the company are liable for the damages resulting from such neglect of duty.

APPEAL from the Circuit Court of Livingston County; the Hon. CHARLES R. STARR, Judge, presiding.

This was a suit commenced before a justice of the peace in Livingston county, by Samuel Wickery against the Toledo, Peoria and Warsaw Railway Company, to recover the value of a cow, the property of the plaintiff, alleged to have been killed on the defendants' road, at a place where the law required the same to be fenced, which had not been done although the

road had been in operation for several years. The cause was removed into the Circuit Court by appeal, where a trial resulted in a verdict and judgment for the plaintiff for the value of the cow. The company bring the case to this court by appeal.

Messrs. BRYAN & COCHRAN, for the appellants.

Messrs. FLEMING, PILLSBURY & PLUMB, for the appellee.

Per CURIAM: We have examined the testimony in this case, and it is conclusive on the point, that the road had been in operation several years, and was not fenced as the statute requires, and that the place where the accident occurred was a point outside of the town, where the law requires a fence.

We perceive no ground for disturbing the verdict, and must affirm the judgment.

*Judgment affirmed.*